IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:13MJ 187 |
| | ) | |
| v. | ) | 18 U.S.C. § 1701 |
| | ) | Obstruction of Mail |
| | ) | (Count One) |
| MICHAEL T. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Obstruction of Mail)

On or about February 22, 2013, in the Eastern District of Virginia, the defendant, MICHAEL T. SMITH, did knowingly and willfully obstruct and retard the passage and conveyance of mail matter, to wit: the defendant removed mail matter including (1) cash and (2) two retail gifts cards from a postal collection tray awaiting processing at a postal sorting facility and redeemed the gift cards for his own personal gain.

(In violation of Title 18, United States Code, Section 1701.)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

Michael Moore
Assistant United States Attorney