# United States District Court

Eastern DISTRICT OF Virginia

CRIMINAL MINUTES

Proceedings before Magistrate: **Novak**  Dated: **OCT. 4, 2013**  Tape: **FTR**

CRIMINAL CASE No. _____

UNITED STATES OF AMERICA

v.

**Michael T. Smith**

- Initial/Preliminary Hearing ( )
- Arraignment/Trial ( )
- Probation/Identity ( )
- Rule 5(a)/Bond Hearing ( )
- Sentencing ( )
- Other **Initial Probation Violation** (X)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Officer-Agency _____  AUSA _____

Counsel **BR**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MINUTES: Matter came on for initial appearance on probation violation. Deft advised of alleged violations and rights. Deft requested c/a counsel. FPD appointed. Detention and preliminary hearings set for Oct. 8, 2013 at 11:00 AM before Judge Lauck. Deft remanded to custody.

PRESENTENCE REPORT ORDERED: _____

DEFENDANT RELEASED ON BOND: _____

JUDGMENT: _____

SENTENCE: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Set: _____  Case Called: **4:55**  Case Ended: **5:00**  Total: _____