IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  3:13MJ00187-001

MICHAEL T. SMITH

ORDER

The defendant was convicted of obstruction of mails and placed on probation by the Court for a term of six (6) months.  A Petition has now been filed with the Court alleging violations of the conditions that were imposed.  A hearing on the Petition was held and the defendant admitted the violations as alleged in the Petition.  The Court therefore **FINDS** defendant **GUILTY** of the violating the terms and conditions of probation.

It is **ORDERED** that the period of probation imposed is **REVOKED.**  It is further **ORDERED** that the defendant is sentenced to imprisonment for a term of **FORTY (40) DAYS** with no supervision to follow.  The defendant shall be given credit for any time served.  The defendant is remanded to the custody of the United States Marshal.

And it is so Ordered.

_____ /s/
M. Hannah Lauck
United States Magistrate Judge

Dated:  October 15, 2013